■ UNITED RETAIL INCORPORATED, Doing Business as AVENUE, Respondent, v THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, et al., Defendant. (Appeal No. 1.) [813 NYS2d 324]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered May 13, 2005. The order, insofar as appealed from, granted plaintiff's motion for summary judgment on the first cause of action against defendant The Equitable Life Assurance Society of the United States in the amount of $100,000 plus interest and denied that part of defendants' cross motion for summary judgment dismissing the complaint.

■ UNITED RETAIL INCORPORATED, Doing Business as AVENUE, Respondent, v THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, et al., Defendant. (Appeal No. 2.) [813 NYS2d 324]—Appeal from a judgment of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered May

13, 2005. The judgment was entered in favor of plaintiff and against defendant The Equitable Life Assurance Society of the United States in the amount of $132,449.86 upon an order, which granted plaintiff's motion for summary judgment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Kehoe, Martoche, Green and Hayes, JJ.